**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 05 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

JUDGMENT
08-CV-3789 (NG)

                Plaintiff,

-against-

KENNETH WALKER,

                Defendant.
------------------------------------------------------------X

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 28, 2009, dismissing the action, without prejudice; it is

      ORDERED and ADJUDGED that judgment is hereby entered dismissing the action, without prejudice.

Dated: Brooklyn, New York
       August 04, 2009

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court